# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**TODD BALES, WILARD HOOD, and
NOE CARDOZA**                                                    **PLAINTIFFS**

v.                              **No. 1:11-cv-70-DPM-BD**

**FARGUSON, Lieutenant, Independence
County Jail; CODY, Jailer, Independence
County Jail; BAMCUMM, Jailer, Independence
County Jail; DOES, Stephanie and Donnie,
Independence County Jail; SARAH BRENTLY,
Officer, Independence County Jail; MOORE,
Officer, Independence County Jail; PICKET, Officer,
Independence County Jail; LAUREN GARCIA, Officer,
Independence County Jail; BRITTNEY EAGLEHEART,
Officer, Independence County Jail; BEEL, Officer,
Independence County Jail; ANDY BULLINGTON, Officer,
Independence County Jail; BRITTNEY LAWSON, Officer,
Independence County Jail; SHAY MOORE, Officer,
Independence County Jail; ALAN COCKRILL, Chief of Police;
and DONALD, Officer, Independence County Jail          DEFENDANTS**

## ORDER

Neither Hood nor any other party has objected to Magistrate Judge

Deere's recommended partial disposition, *Document No. 39,* and the Court

sees no legal error or clear error on the face of the record in the proposal. FED.

R. CIV. P. 72(b)(3) (1983 addition to advisory committee notes). The Court

therefore adopts the proposed decision with one clarification: Hood's claims

are dismissed without prejudice.

So Ordered.

_____

D.P. Marshall Jr.
United States District Judge

1 February 2012