IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

NOE CARDOZA                                                                                  PLAINTIFF

v.                                    No. 1:11-cv-70-DPM-BD

CODY HEDLEY, Jailer, Independence
County Jail; DOE, Stephanie, Independence
County Jail; SARAH BRENTLY, Officer,
Independence County Jail; TYLER PICKETT, Officer,
Independence County Jail; LAUREN GARCIA, Officer,
Independence County Jail; BRITTNEY EAGLEHEART,
Officer, Independence County Jail; ANDY
BULLINGTON, Officer, Independence County
Jail; and SHAY MOORE, Officer,
Independence County Jail                                                                 DEFENDANTS


ORDER

The Court made a mistake in its last Order, *Document No. 76*, about which defendants remain in the case. Brently should have been terminated and Beel should not have been terminated. The Court regrets its confusion. The Court directs the Clerk to restore Beel and terminate Brently.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

6 April 2012