IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TODD BALES; WILARD HOOD; and
NOE CARDOZA                                                                    PLAINTIFFS

v.                      No. 1:11-cv-70-DPM

JOHN FURGASON; CODY HEDLEY;
JARRED BRANSCUMB; DOES, Stephanie
and Donnie, Independence County Jail;
SARAH BRENTLY, Officer, Independence
County Jail; MOORE, Officer, Independence
County Jail; TYLER PICKET; LAUREN
GARCIA, Officer, Independence County Jail;
BRITTNEY EAGLEHEART, Officer,
Independence County Jail; ROBERT BEEL;
ANDY BULLINGTON, Officer,
Independence County Jail; BRITTNEY
LAWSON, Officer, Independence County
Jail; SHAY MOORE, Officer, Independence
County Jail; ALAN COCKRILL, Chief of
Police; DONALD VAULNER; STEPHANIE
BALLARD, Sergeant, Independence County Jail          DEFENDANTS

JUDGMENT

Cardoza's claims against all Defendants are dismissed with prejudice.

Hood's and Bales's claims are dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

28 February 2014